STATE of Maine

v.

Charles COLSON.

Supreme Judicial Court of Maine.

Submitted on Briefs Jan. 21, 1988.
Decided Feb. 12, 1988.

R. Christopher Almy, Dist. Atty., Michael P. Roberts, Deputy Dist. Atty., Bangor, for State.

Perry O'Brian, Vandermeulen, Goldman, Allen & O'Brian, P.A., Bangor, for defendant.

Before: McKUSICK, C.J., and NICHOLS, WATHEN, GLASSMAN and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

The Defendant, Charles Colson, appeals from a judgment of conviction of burglary, 17-A M.R.S.A. § 401(1) (1983), in Superior Court (Penobscot County), raising the single issue of the sufficiency of the evidence. A review of the record satisfies us that the triers of fact could have rationally found beyond a reasonable doubt all the elements of the offense with which the Defendant was charged, including the intention to commit theft. *State v. Barry,* 495 A.2d 825, 826 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.

Augusta BUBAR

v.

Edna BUBAR.

Supreme Judicial Court of Maine.

Argued Jan. 19, 1988.
Decided Feb. 12, 1988.

Kevin L. Stitham (orally), C.W. & H.M. Hayes, Dover–Foxcroft, for plaintiff.

Malcolm S. Stevenson (orally), Blaisdell & Blaisdell, Ellsworth, for defendant.

Before NICHOLS, ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Edna Bubar appeals from the judgment entered in Superior Court, Piscataquis County, ordering her to execute a warranty deed conveying a one-acre parcel of disputed property to the plaintiff, Augusta Bubar. Edna Bubar challenges the sufficiency of the evidence to support the court's findings and argues there was no consideration to support the promise to convey the property. We disagree. Because the court's findings are fully supported by competent evidence, the findings must stand. *See Harmon v. Emerson,* 425 A.2d 978, 981 (Me.1981). Moreover, on these facts proof of consideration was not required. *See Tozier v. Tozier,* 437 A.2d 645, 648 (Me.1981).

The entry is:

Judgment affirmed.

All concurring.